# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JULIE E. MOORE, : | |
| Plaintiff, : | |
| : | Case No. 3:07CV0336 |
| vs. : | District Judge Thomas M. Rose |
| : | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, : | |
| : | |
| Defendant. : | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on August 28, 2008 (Doc. #13) is ADOPTED in full;

2. The Commissioner's non-disability determination is AFFIRMED; and

3. This case is terminated on the docket of this Court.

September 29, 2008                              *S/THOMAS M. ROSE

                                                                    
                                                Thomas M. Rose
                                                United States District Judge